FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 19-80668 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Westen Investments, Inc. | | | | Date Filed (f) or Converted (c): | 05/13/2019 (f) |
| | | | | | 341(a) Meeting Date: | 06/21/2019 |
| For Period Ending: | 09/30/2021 | | | | Claims Bar Date: | 09/24/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 19.50 | 0.00 | | 0.00 | FA |
| 2. Checking accounts at First Bankers Trust<br><br>General operating and security deposit accounts | 800.00 | 262,302.44 | | 262,302.44 | FA |
| 3. Real Estate Tax Account through UCB | 104,150.10 | 0.00 | | 0.00 | FA |
| 4. Real Estate Tax Account through Marine | 58,087.31 | 0.00 | | 0.00 | FA |
| 5. Prepayment to Purdum, Gray, Ingledue, Beck Inc. | 4,765.50 | 2,318.23 | | 2,318.23 | FA |
| 6. Accounts Receivable | 16,163.77 | 0.00 | | 0.00 | FA |
| 7. Office Furniture<br><br>See Court Doc. 51, 80, 93 | 9,939.22 | 2,835.00 | | 1,000.00 | FA |
| 8. Machinery, fixtures and equipment<br><br>See Court Doc. 43, 78, 92 | 61,823.74 | 46,427.21 | | 101,377.00 | FA |
| 9. Real estate<br><br>Real estate other than those specifically listed as assets # 18-24 and 26 was abandoned to UCB and Marine Bank/New Falls | 3,222,900.00 | 0.00 | | 0.00 | FA |
| 10. Domain name www.westeninvest.com | 0.00 | 0.00 | | 0.00 | FA |
| 11. Tenant list and Western Illinois University e-mail list | 0.00 | 0.00 | | 0.00 | FA |
| 12. Notes receivable - Mack Storage | 4,000.00 | 0.00 | | 0.00 | 0.00 |
| 13. Judgments against tenants | 0.00 | 0.00 | | 0.00 | FA |
| 14. Phone number and website (u)<br><br>See Court Doc. 50, 79, 94 | 0.00 | 500.00 | | 500.00 | FA |
| 15. Rents (u) | 0.00 | 0.00 | | 3,435.00 | FA |
| 16. Management fees (u) | 0.00 | 0.00 | | 1,283.09 | FA |
| 17. Refunds (u) | 0.00 | 0.00 | | 378.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 19-80668 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Westen Investments, Inc. | | | | Date Filed (f) or Converted (c): | 05/13/2019 (f) |
| | | | | | 341(a) Meeting Date: | 06/21/2019 |
| For Period Ending: | 09/30/2021 | | | | Claims Bar Date: | 09/24/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. Real estate at 728 W. Calhoun / 729 W. Chandler & 216 N. Sherman, Macomb  See Court Doc. 113, 126, 147 | 252,000.00 | 375,000.00 | | 375,000.00 | FA |
| 19. Real estate at 123 1/2 E. Adams St., Macomb (u)  See Court Doc. 123, 124, 148 | 0.00 | 42,500.00 | | 42,500.00 | FA |
| 20. Real estate at 319 W. Wheeler, Macomb - garage/shop building only  See Court Doc. 146, 162, 191 | 14,000.00 | 14,000.00 | | 12,000.00 | FA |
| 21. Real estate at 309 W. Wheeler, 409-411 N. Johnson & 424 N. Johnson, Macomb  See Court Doc. 165, 168, 182, 192 | 58,975.00 | 55,000.00 | | 55,000.00 | FA |
| 22. Real estate at 302 W. Adams & 415 N. Johnson, Macomb  See Court Doc. 166, 186, 193 | 118,300.00 | 145,000.00 | | 145,000.00 | FA |
| 23. Real estate at 520 1/2 W. Pierce, 234 W. Adams & 226 S. Ward, Macomb  See Court Doc. 167, 183, 194 | 100,450.00 | 100,010.00 | | 100,010.00 | FA |
| 24. Lot at 345 N. Lafayette, Macomb - 1/2 interest (u)  See Court Doc. 218, 223, 225 | 0.00 | 500.00 | | 500.00 | FA |
| 25. Overpayment (u) | 0.00 | 5,500.00 | | 5,500.00 | FA |
| 26. Lot at 321 N. McArthur St, Macomb | 0.00 | 3,000.00 | | 3,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $4,026,374.14    $1,054,892.88    $1,111,103.76    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of personal property (completed).

Sale of real estate (concluded); balance of real estate to be abandoned (pending).

Review of avoidance claims, collection of insurance prepayment & MACK receivable (concluded).

Accounting of prepetition funds - agreements reached with lienholders as to pre-petition and post-petition bank accounts; abandonment of remaining funds and properties pending.

2019 and 2020 tax returns filed; final estate tax returns to be filed.

Initial Projected Date of Final Report (TFR): 02/28/2020        Current Projected Date of Final Report (TFR): 03/31/2022

Trustee Signature:     /s/ Jeana K. Reinbold, Trustee        Date: 10/31/2021

Jeana K. Reinbold, Trustee
P.O. Box 7315
Springfield, IL 62791-7315
(217)241-5629
jeana@jeanareinboldlaw.com