# UNITED STATES BANKRUPTCY COURT
## CENTRAL **DISTRICT OF** ILLINOIS
### PEORIA **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Westen Investments, Inc. | § | Case No. 19-80668 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/13/2019.   The undersigned trustee was appointed on 05/13/2019.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of         $        1,111,103.76

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 53,354.35 |
| Bank service fees | 3,342.67 |
| Other payments to creditors | 797,039.31 |
| Non-estate funds paid to 3rd Parties | 94,900.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]        $        162,467.43

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was 09/24/2019 and the deadline for filing governmental claims was 12/18/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $53,736.11.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $53,736.11, for a total compensation of $53,736.11[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $720.25, for total expenses of $720.25[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/30/2022_____   By: /s/Jeana K. Reinbold, Trustee_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 19-80668 | TLP |
| Case Name: | Westen Investments, Inc. | |
| For Period Ending: | 11/30/2022 | |

| | |
|---|---|
| Judge: | Thomas L. Perkins |

| | |
|---|---|
| Trustee Name: | Jeana K. Reinbold, Trustee |
| Date Filed (f) or Converted (c): | 05/13/2019 (f) |
| 341(a) Meeting Date: | 06/21/2019 |
| Claims Bar Date: | 09/24/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash | 19.50 | 0.00 | | 0.00 | FA |
| 2.  Checking accounts at First Bankers Trust<br><br>General operating and security deposit accounts | 800.00 | 262,302.44 | | 262,302.44 | FA |
| 3.  Real Estate Tax Account through UCB | 104,150.10 | 0.00 | | 0.00 | FA |
| 4.  Real Estate Tax Account through Marine | 58,087.31 | 0.00 | | 0.00 | FA |
| 5.  Prepayment to Purdum, Gray, Ingledue, Beck Inc. | 4,765.50 | 2,318.23 | | 2,318.23 | FA |
| 6.  Accounts Receivable | 16,163.77 | 0.00 | | 0.00 | FA |
| 7.  Office Furniture<br><br>See Court Doc. 51, 80, 93 | 9,939.22 | 2,835.00 | | 1,000.00 | FA |
| 8.  Machinery, fixtures and equipment<br><br>See Court Doc. 43, 78, 92 | 61,823.74 | 46,427.21 | | 101,377.00 | FA |
| 9.  Real estate<br><br>Real estate other than those specifically listed as assets # 18-24 and 26 was abandoned to UCB and Marine Bank/New Falls. See Court Doc. 215 and 251. | 3,222,900.00 | 0.00 | OA | 0.00 | FA |
| 10.  Domain name www.westeninvest.com | 0.00 | 0.00 | | 250.00 | FA |
| 11.  Tenant list and Western Illinois University e-mail list | 0.00 | 0.00 | | 0.00 | FA |
| 12.  Notes receivable - Mack Storage | 4,000.00 | 0.00 | | 0.00 | FA |
| 13.  Judgments against tenants | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Phone number and website (u)<br><br>See Court Doc. 50, 79, 94 | 0.00 | 500.00 | | 250.00 | FA |
| 15.  Rents (u) | 0.00 | 0.00 | | 3,435.00 | FA |
| 16.  Management fees (u) | 0.00 | 0.00 | | 1,283.09 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 19-80668 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Westen Investments, Inc. | | | | Date Filed (f) or Converted (c): | 05/13/2019 (f) |
| | | | | | 341(a) Meeting Date: | 06/21/2019 |
| For Period Ending: | 11/30/2022 | | | | Claims Bar Date: | 09/24/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17.  Refunds (u) | 0.00 | 0.00 | | 378.00 | FA |
| 18.  Real estate at 728 W. Calhoun / 729 W. Chandler & 216 N. Sherman, Macomb<br><br>See Court Doc. 113, 126, 147 | 252,000.00 | 375,000.00 | | 375,000.00 | FA |
| 19.  Real estate at 123 1/2 E. Adams St., Macomb (u)<br><br>See Court Doc. 123, 124, 148 | 0.00 | 42,500.00 | | 42,500.00 | FA |
| 20.  Real estate at 319 W. Wheeler, Macomb - garage/shop building only<br><br>See Court Doc. 146, 162, 191 | 14,000.00 | 14,000.00 | | 12,000.00 | FA |
| 21.  Real estate at 309 W. Wheeler, 409-411 N. Johnson & 424 N. Johnson, Macomb<br><br>See Court Doc. 165, 168, 182, 192 | 58,975.00 | 55,000.00 | | 55,000.00 | FA |
| 22.  Real estate at 302 W. Adams & 415 N. Johnson, Macomb<br><br>See Court Doc. 166, 186, 193 | 118,300.00 | 145,000.00 | | 145,000.00 | FA |
| 23.  Real estate at 520 1/2 W. Pierce, 234 W. Adams & 226 S. Ward, Macomb<br><br>See Court Doc. 167, 183, 194 | 100,450.00 | 100,010.00 | | 100,010.00 | FA |
| 24.  Lot at 345 N. Lafayette, Macomb - 1/2 interest (u)<br><br>See Court Doc. 218, 223, 225 | 0.00 | 500.00 | | 500.00 | FA |
| 25.  Overpayment (u) | 0.00 | 5,500.00 | | 5,500.00 | FA |
| 26.  Lot at 321 N. McArthur St, Macomb | 0.00 | 3,000.00 | | 3,000.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $4,026,374.14 | $1,054,892.88 | | $1,111,103.76 | $0.00 |

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of personal property (completed).

Sale of real estate (concluded); balance of real estate to be abandoned (pending).

Review of avoidance claims, collection of insurance prepayment & MACK receivable (concluded).

Accounting of prepetition funds - agreements reached with lienholders as to pre-petition and post-petition bank accounts; abandonment of remaining funds and properties pending (concluded).

2019 and 2020 tax returns filed; final estate tax returns to be filed (concluded).

Initial Projected Date of Final Report (TFR): 02/28/2020        Current Projected Date of Final Report (TFR): 09/30/2022

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 19-80668 | Trustee Name: Jeana K. Reinbold, Trustee |
| Case Name: Westen Investments, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0871 |
| | Checking |
| Taxpayer ID No: XX-XXX9642 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/30/2022 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/14/19 | 2 | Westen Investments, Inc. c/o Rafool, Bourne & Shelby, P.C. Attorneys at Law 411 Hamilton Blvd., Suite 1600 Peoria, IL 61602 | Security Deposit Account | 1129-000 | $171,049.37 | | $171,049.37 |
| 05/14/19 | 2 | Westen Investments, Inc. c/o Rafool, Bourne & Shelby, P.C. Attorneys at Law 411 Hamilton Blvd., Suite 1600 Peoria, IL 61602 | General Operating Account | 1129-000 | $90,488.07 | | $261,537.44 |
| 05/18/19 | 15 | Boston Snelson 926 Stadium Drive Macomb, IL | Rent - 926 Stadium | 1222-000 | $554.00 | | $262,091.44 |
| 05/18/19 | 15 | China Ufkes | Rent - 202-2 Charleston Blvd. | 1222-000 | $575.00 | | $262,666.44 |
| 05/18/19 | 16 | C & H Property Group, LLC 341 N. Lafayette St. Macomb, IL 61455 | Management Fees - April | 1229-000 | $1,283.09 | | $263,949.53 |
| 05/20/19 | 15 | Thomas Kollmann 20601 Coady Street Greenview, IL 62642 | Rent - 161 C James Drive | 1222-000 | $525.00 | | $264,474.53 |
| 05/20/19 | 2 | First Bankers Trust Company 1201 Broadway Street P.O. Box 3566 Quincy, Illinois 62305-3566 | Balance of operating account | 1129-000 | $765.00 | | $265,239.53 |
| 06/26/19 | 7 | MACK Holdings LLC 341 N. Lafayette St. Macomb, IL 61455 | Sale of furniture, computers, misc. personal property See Court Doc. 51, 80, 93, 96 | 1129-000 | $500.00 | | $265,739.53 |
| 06/29/19 | 4001 | C & H Property Group, LLC | Forwarding of funds received from tenant under former management contract Rent check dated 5/10/19 received 5/20/19 from Thomas Kollman for 161 C James Drive

See Court Doc. 22, 33 | 8500-002 | | $525.00 | $265,214.53 |
| 06/29/19 | 4002 | Westen Investments, Inc. c/o United Community Bank | Security Deposits - leases ended in May 2019 See Court Doc. 9, 11, 58 | 8500-002 | | $27,340.00 | $237,874.53 |

Page Subtotals:                                                          $265,739.53        $27,865.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 19-80668

Case Name: Westen Investments, Inc.

Taxpayer ID No: XX-XXX9642

For Period Ending: 11/30/2022

Trustee Name: Jeana K. Reinbold, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0871

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/29/19 | 4003 | Westen Investments, Inc. c/o Marine Bank | Security Deposits - held as of May 2019 See Court Doc. 9, 11, 58 | 8500-002 | | $43,750.00 | $194,124.53 |
| 06/30/19 | 4003 | Westen Investments, Inc. c/o Marine Bank | Security Deposits - held as of May 2019 Reversal Amount of funds to cover security deposits modified to include only leases ended in May. | 8500-002 | | ($43,750.00) | $237,874.53 |
| 06/30/19 | 4004 | Westen Investments, Inc. c/o Marine Bank | Security Deposits - leases ended in May 2019 See Court Doc. 9, 11, 58 | 8500-002 | | $19,175.00 | $218,699.53 |
| 07/17/19 | 15 | Thomas Kollmann 20605 Coady Street Greenview, IL 62642 | Rent payment - 161 James | 1222-000 | $525.00 | | $219,224.53 |
| 07/22/19 | 4005 | C & H Property Group, LLC | Forwarding of funds received from tenant under former management contract Rent check dated 6/28/19 received 5/17/19 from Thomas Kollman for 161 C James Drive  See Court Doc. 22, 33 | 8500-002 | | $525.00 | $218,699.53 |
| 07/22/19 | 4006 | Jeana K. Reinbold P.O. Box 7315 Springfield, IL 62791 | Payment of expenses See Court Doc. 70, 72 | 2420-000 | | $869.30 | $217,830.23 |
| 07/23/19 | 15 | Pekin Insurance Company 2505 Court Street Pekin, IL 61558-0001 | Insurance refund - workers compensation policy | 1229-000 | $1,256.00 | | $219,086.23 |
| 07/23/19 | 17 | Pekin Insurance Company 2505 Court Street Pekin, IL 61558-0001 | Insurance refund - commercial liability policy | 1229-000 | $35.00 | | $219,121.23 |
| 08/02/19 | | Marine Bank 3050 Wabash Ave. Springfield, IL 62704 | Phone number See Court Doc. 50, 79 | | $500.00 | | $219,621.23 |
| | | | Gross Receipts   $500.00 | | | | |
| | 10 | | Domain name   $250.00 www.westeninvest.com | 1229-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Page Subtotals:   $2,316.00   $20,569.30

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 19-80668 | Trustee Name: Jeana K. Reinbold, Trustee | Exhibit B |
| Case Name: Westen Investments, Inc. | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0871 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9642 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 14 | | Phone number and website $250.00 | 1229-000 | | | |
| 08/07/19 | 4007 | Westen Investments c/o Marine Bank | Security Deposits - leases ended in June 2019 See Court Doc. 9, 11, 58 | 8500-002 | | $11,385.00 | $208,236.23 |
| 08/07/19 | 4008 | Westen Investments c/o UCB | Security Deposits - leases ended in June 2019 See Court Doc. 9, 11, 58 | 8500-002 | | $21,660.00 | $186,576.23 |
| 08/07/19 | 4009 | Westen Investments c/o UCB | Security Deposits - leases ended in July 2019 See Court Doc. 9, 11, 58 | 8500-002 | | $5,415.00 | $181,161.23 |
| 08/07/19 | 4010 | Jeana K. Reinbold P.O. Box 7315 Springfield, IL 62791-7315 | Expense reimbursement - AppFolio See Court Doc. 70, 72 | 2420-000 | | $332.50 | $180,828.73 |
| 08/12/19 | 4011 | Danielle Wright 37449 Piper Lane Lake Villa, IL 60046 | Security deposit - 516 W. Pierce, Apt. A See Court Doc. 9, 11, 58 | 8500-002 | | $1,125.00 | $179,703.73 |
| 08/12/19 | 4012 | Robyn Folk 12858 S. Carpenter Calumet Park, IL 60827 | Security deposit - 516 W. Pierce, Apt. B See Court Doc. 9, 11, 58 | 8500-002 | | $1,125.00 | $178,578.73 |
| 08/12/19 | 4013 | Mackenzie Rector 40 Drake Court Bloomington, IL 61704 | Security deposit - 516 W. Pierce, Apt. C See Court Doc. 9, 11, 58 | 8500-002 | | $1,125.00 | $177,453.73 |
| 08/17/19 | 8 | Aumann Auctions, Inc. Auction Escrow Account 20114 Illinois Route 16 Nokomis, IL 62075 | Proceeds from sale of personal property See Court Doc. 43, 78 | 1129-000 | $101,377.00 | | $278,830.73 |
| 08/17/19 | 17 | Susana A. Mendoza Comptroller - State of Illinois 325 West Adams Street Springfield, IL 62704-1874 | Refund for title fee paid by trustee from personal funds Trustee paid for a duplicate title in connection with the 7/31/19 but the original title was subsequently located, and the duplicate title was canceled and fee refunded. Refund check was issued to the estate, however. | 1229-000 | $50.00 | | $278,880.73 |

| | | |
|---|---|---|
| Page Subtotals: | $101,427.00 | $42,167.50 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 19-80668 | Trustee Name: Jeana K. Reinbold, Trustee |
| Case Name: Westen Investments, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0871 |
| | Checking |
| Taxpayer ID No: XX-XXX9642 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/30/2022 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/19 | 4014 | Thomas Walsh<br>Aumann Auctions, Inc.<br>20114 Illinois Route 16<br>Nokomis IL 62075-1782 | Auctioneer fees and expenses<br>See Court Doc. 95 | | | $16,206.55 | $262,674.18 |
| | | Thomas Walsh | Auctioneer fees             ($15,206.55) | 3610-000 | | | |
| | | Thomas Walsh | Auctioneer expenses          ($1,000.00) | 3620-000 | | | |
| 08/30/19 | 4015 | Wells Fargo Vendor Financial Services LLC<br>P.O. Box 105743<br>Atlanta, GA 30348 | Lien Payoff<br>See Court Doc. 95 | 4110-000 | | $14,481.77 | $248,192.41 |
| 09/09/19 | 4016 | Jeana K. Reinbold<br>P.O. Box 7315<br>Springfield, IL 62791-7315 | Expense reimbursement -<br>AppFolio<br>See Court Doc. 70, 72 | 2420-000 | | $320.00 | $247,872.41 |
| 10/07/19 | 4017 | Jeana K. Reinbold<br>P.O. Box 7315<br>Springfield, IL 62791 | Expense reimbursement -<br>AppFolio<br>See Court Doc. 70, 72 | 2420-000 | | $310.00 | $247,562.41 |
| 10/16/19 | 7 | James Dakin<br>MACK Storage<br>341 N. Lafayette St.<br>Macomb, IL 61455 | Sale of furniture, computers,<br>misc. personal property<br>See Court Doc. 51, 80, 93, 96 | 1129-000 | $500.00 | | $248,062.41 |
| 11/01/19 | 4018 | Westen Investments<br>c/o Marine Bank | Security Deposits/Rents - 216<br>N. Sherman & 728 W<br>Calhoun/729 W Chandler<br>See Court Doc. 9, 11, 58 | 4220-002 | | $14,935.00 | $233,127.41 |
| 11/06/19 | | Terrill Title Co., Inc. Escrow Account<br>117 South Side Square<br>Macomb, IL 61455 | Real estate proceeds<br>See Court Doc. 147, 150 | | $9,375.00 | | $242,502.41 |
| | | | Gross Receipts          $375,000.00 | | | | |
| | | | Lien                ($351,073.86) | 4110-000 | | | |
| | | | Real estate taxes      ($12,864.39) | 4700-000 | | | |
| | | | Closing costs           ($1,686.75) | 2500-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*                 Page Subtotals:                 $9,875.00    $46,253.32

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 19-80668 | Trustee Name: Jeana K. Reinbold, Trustee |
| Case Name: Westen Investments, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0871 |
| | Checking |
| Taxpayer ID No: XX-XXX9642 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 18 | | Real estate at 728 W. Calhoun / 729 W. Chandler & 216 N. Sherman, Macomb | $375,000.00 | 1110-000 | | | |
| 11/12/19 | 4019 | Jeana K. Reinbold P.O. Box 7315 Springfield, IL 62791-7315 | Expense reimbursement - AppFolio See Court Doc. 70, 72 | | 2420-000 | | $509.00 | $241,993.41 |
| 12/10/19 | 5 | The Farmers Autombile Insurance Association Pekin Insurance Company Pekin, Illinois | Insurance refund | | 1129-000 | $2,318.23 | | $244,311.64 |
| 12/10/19 | | Terrill Title Co., Inc. Escrow Account 117 South Side Square Macomb, IL 61455 | Sale of 123 1/2 E. Adams St. Court Doc. 124, 138, 148 | | | $1,062.50 | | $245,374.14 |
| | | | Gross Receipts | $42,500.00 | | | | |
| | | | Real estate taxes | ($1,331.66) | 2820-000 | | | |
| | | | Lien Payoff - Marine Bank | ($39,547.09) | 4110-000 | | | |
| | | | Closing costs | ($558.75) | 2500-000 | | | |
| | 19 | | Real estate at 123 1/2 E. Adams St., Macomb | $42,500.00 | 1210-000 | | | |
| 12/10/19 | 4020 | Jeana K. Reinbold P.O. Box 7315 Springfield, IL 62791-7315 | Expense reimbursement - AppFolio See Court Doc. 70, 72 | | 2420-000 | | $270.00 | $245,104.14 |
| 12/10/19 | 4021 | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Payment | | 2300-000 | | $100.24 | $245,003.90 |
| 12/16/19 | 17 | The Cincinnati Insurance Company P.O. Box 145496 Cincinnati, OH 45250-5496 | Insurance refund | | 1229-000 | $293.00 | | $245,296.90 |
| 01/04/20 | 4022 | Jeana K. Reinbold P.O. Box 7315 Springfield, IL 62791-7315 | Expense reimbursement - AppFolio See Court Doc. 70, 72 | | 2420-000 | | $280.00 | $245,016.90 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*          Page Subtotals:                $3,673.73          $1,159.24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 19-80668 | Trustee Name: Jeana K. Reinbold, Trustee | Exhibit B |
| Case Name: Westen Investments, Inc. | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0871 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9642 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/04/20 | 4023 | Jeana K. Reinbold P.O. Box 7315 Springfield, IL 62791-7315 | Expense reimbursement - AppFolio See Court Doc. 70, 72 | 2420-000 | | $270.00 | $244,746.90 |
| 03/11/20 | | Transfer from Acct # xxxxxx1044 | Transfer of Funds from Checking account xxx1044 to Checking account xxx0871 | 9999-000 | $17,500.00 | | $262,246.90 |
| 03/11/20 | | Terrill Title Co., Inc. Escrow Account 117 South Side Square Macomb, IL 61455 | Sale of real estate 309 W. Wheeler, 409-411 N. Johnson, 424 N. Johnson, Macomb, IL<br><br>See Court Doc. 165, 168, 182, 192 | | $49,597.04 | | $311,843.94 |
| | | | Gross Receipts $55,000.00 | | | | |
| | | | Title and closing costs ($930.50) | 2500-000 | | | |
| | | | Real estate taxes ($4,472.46) | 2820-000 | | | |
| | 21 | | Real estate at 309 W. Wheeler, 409-411 N. Johnson & 424 N. Johnson, Macomb $55,000.00 | 1110-000 | | | |
| 03/23/20 | 4024 | Westen Investments c/o Marine Bank | Security Deposits/Rents - 302 W. Adams / 415 N. Johnson See Court Doc. 9, 11, 58 | 4220-000 | | $1,875.00 | $309,968.94 |
| 03/25/20 | 4025 | Marine Bank Attn: Legal Department 3120 Robbins Road Springfield, IL 62704 | Operating Account Funds per Stipulation See Court Doc. 178, 188 | 4110-000 | | $32,923.51 | $277,045.43 |
| 03/25/20 | 4026 | Westen Investments c/o Marine Bank | Security Deposits/Rents - 520 1/2 W Pierce & 234 W Adams See Court Doc. 9, 11, 58 | 4220-002 | | $2,690.00 | $274,355.43 |
| 03/31/20 | | Terrill Title Co. Inc. Escrow Account 117 South Side Square Macomb, IL 61455 | Sale of 302 W. Adams & 415 N. Johnson, Macomb | | $3,625.00 | | $277,980.43 |
| | | | Gross Receipts $145,000.00 | | | | |

| Page Subtotals: | $70,722.04 | $37,758.51 |
|---|---|---|

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 19-80668 | | | Trustee Name: Jeana K. Reinbold, Trustee | | | |
| Case Name: Westen Investments, Inc. | | | Bank Name: Axos Bank | | | |
| | | | Account Number/CD#: XXXXXX0871 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX9642 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 11/30/2022 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Real estate taxes ($9,043.00) | 4700-000 | | | |
| | | | Title and closing costs ($1,246.25) | 2500-000 | | | |
| | | | Security deposits/rents ($5,455.00) | 2420-000 | | | |
| | | | Lien payoff ($125,630.75) | 4110-000 | | | |
| | 22 | | Real estate at 302 W. Adams & 415 N. Johnson, Macomb $145,000.00 | 1110-000 | | | |
| 03/31/20 | | Terrill Title Co. Inc. Escrow Account 117 South Side Square Macomb, IL 61455 | Sale of 520.5 W Pierce, 234 W Adams, 226 S Ward See Court Doc. 167, 183, 194 | | $2,500.25 | | $280,480.68 |
| | | | Gross Receipts $100,010.00 | | | | |
| | | | Title and closing costs ($1,120.00) | 2500-000 | | | |
| | | | Real estate taxes ($8,482.06) | 4700-000 | | | |
| | | | Security Deposits/Rents ($4,205.32) | 2420-000 | | | |
| | | | Lien Payoff ($83,692.62) | 4110-000 | | | |
| | | | Heap closing costs/taxes (difference paid by Marine) ($9.75) | 2500-000 | | | |
| | 23 | | Real estate at 520 1/2 W. Pierce, 234 W. Adams & 226 S. Ward, Macomb $100,010.00 | 1110-000 | | | |
| 04/14/20 | 4027 | Scott H. Collins 16415 US Hwy 67 Macomb, IL 61455 | Refund of overpayment Court Doc. 165, 168, 182 | 8500-002 | | $5,500.00 | $274,980.68 |
| 05/27/20 | 4028 | United Community Bank | Operating Account Funds per Stipulation See Court Doc. 205, 215 | | | $45,385.26 | $229,595.42 |
| | | United Community Bank | ($5,625.00) | 4110-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*   Page Subtotals:   $2,500.25   $50,885.26

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 19-80668 | Trustee Name: Jeana K. Reinbold, Trustee |
|---|---|
| Case Name: Westen Investments, Inc. | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0871 |
| | Checking |
| Taxpayer ID No: XX-XXX9642 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/30/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | United Community Bank | ($5,625.00) | 4110-000 | | | |
| | | United Community Bank | ($5,625.00) | 4110-000 | | | |
| | | United Community Bank | ($5,625.00) | 4220-000 | | | |
| | | United Community Bank | ($5,625.00) | 4220-000 | | | |
| | | United Community Bank | ($5,625.00) | 4220-000 | | | |
| | | United Community Bank | ($5,625.00) | 4300-000 | | | |
| | | United Community Bank | ($5,625.00) | 4220-000 | | | |
| | | United Community Bank | ($385.26) | 4220-000 | | | |
| 06/01/20 | 4029 | United Community Bank | Balance of funds held for security deposits See Court Doc. 9, 11, 58 | 4220-002 | | $54,415.00 | $175,180.42 |
| 07/03/20 | 24 | James C. Dakin | Purchase of 345 N. Lafayette See Court Doc. 218, 223 | 1210-000 | $500.00 | | $175,680.42 |
| 11/09/20 | 4030 | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | $71.34 | $175,609.08 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $175.13 | $175,433.95 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $193.71 | $175,240.24 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $187.25 | $175,052.99 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $193.29 | $174,859.70 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $186.84 | $174,672.86 |

| Page Subtotals: | $500.00 | $55,422.56 |
|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 19-80668 | Trustee Name: Jeana K. Reinbold, Trustee | Exhibit B |
| Case Name: Westen Investments, Inc. | Bank Name: Axos Bank | |
| | Account Number/CD#: XXXXXX0871 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9642 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 11/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/27/21 | 26 | Terrill Title Co., Inc. Escrow Account 117 South Side Square Macomb, IL 61455 | Sale of lot at 321 N. McArthur St, Macomb See Court Doc. 229, 233, 236 | 1210-000 | $3,000.00 | | $177,672.86 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $193.39 | $177,479.47 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.96 | $177,283.51 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $189.43 | $177,094.08 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $195.53 | $176,898.55 |
| 11/13/21 | 4031 | International Sureties, Ltd. 701 Poydras St., Suite 420 New Orleans, LA 70139 | Bond Payment | 2300-000 | | $100.02 | $176,798.53 |
| 11/19/21 | 4032 | Lois West Kutchins, Robbins & Diamond, Ltd. 35 East Wacker Drive, Suite 690 Chicago, Illinois 60601 | Accountant fees and expenses See Court Doc. 252 | | | $9,463.96 | $167,334.57 |
| | | Lois West | Accountant fees          ($9,441.25) | 3410-000 | | | |
| | | Lois West | Accountant expenses          ($22.71) | 3420-000 | | | |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $188.97 | $167,145.60 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $186.57 | $166,959.03 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $184.35 | $166,774.68 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.32 | $166,608.36 |

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*          Page Subtotals:          $3,000.00          $11,064.50

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | Exhibit B |
|---|---|---|---|---|---|---|

Case No: 19-80668

Case Name: Westen Investments, Inc.

Taxpayer ID No: XX-XXX9642

For Period Ending: 11/30/2022

Trustee Name: Jeana K. Reinbold, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0871

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.95 | $166,424.41 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.82 | $166,246.59 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.56 | $166,063.03 |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $177.44 | $165,885.59 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $183.16 | $165,702.43 |
| 08/03/22 | 4033 | Lois West Kutchins, Robbins & Diamond, Ltd. 35 East Wacker Drive, Suite 690 Chicago, Illinois 60601 | Accountant fees See Court Doc. 293 | 3410-000 | | $3,235.00 | $162,467.43 |
| 08/24/22 | 4034 | Lois West Kutchins, Robbins & Diamond, Ltd. 35 East Wacker Drive, Suite 690 Chicago, Illinois 60601 | Accountant fees Reversal Check entered in wrong case but not printed. | 3410-000 | | ($891.25) | $163,358.68 |
| 08/24/22 | 4034 | Lois West Kutchins, Robbins & Diamond, Ltd. 35 East Wacker Drive, Suite 690 Chicago, Illinois 60601 | Accountant fees See Court Doc. 54 | 3410-000 | | $891.25 | $162,467.43 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $459,753.55 | $297,286.12 |
| Less: Bank Transfers/CD's | | $17,500.00 | $0.00 |
| Subtotal | | $442,253.55 | $297,286.12 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $442,253.55 | $297,286.12 |

Page Subtotals:                                    $0.00          $4,140.93

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 19-80668
Case Name: Westen Investments, Inc.

Trustee Name: Jeana K. Reinbold, Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX1044
Checking

Taxpayer ID No: XX-XXX9642
For Period Ending: 11/30/2022

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/03/19 | 20 | Scott H. Collins 16415 US Hwy 67 Macomb, IL 61455 | Sale of 319 1/2 Wheeler See Court Doc. 146, 162, 191 | 1110-000 | $12,000.00 | | $12,000.00 |
| 01/30/20 | 25 | Scott H. Collins 16415 US Hwy 67 Macomb, IL 61455 | Purchase of 309 W Wheeler, 409-411 & 424 N Johnson - down payment | 1280-000 | $5,500.00 | | $17,500.00 |
| 03/11/20 | | Transfer to Acct # xxxxxx0871 | Transfer of Funds from Checking account xxx1044 to Checking account xxx0871 | 9999-000 | | $17,500.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,500.00 | $17,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $17,500.00 |
| Subtotal | $17,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,500.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*                Page Subtotals:                $17,500.00        $17,500.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0871 - Checking | $442,253.55 | $297,286.12 | $162,467.43 |
| XXXXXX1044 - Checking | $17,500.00 | $0.00 | $0.00 |
| | $459,753.55 | $297,286.12 | $162,467.43 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $651,350.21 |
| Total Net Deposits: | $459,753.55 |
| Total Gross Receipts: | $1,111,103.76 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-80668
Debtor Name: Westen Investments, Inc.
Claims Bar Date: 9/24/2019

Date: November 30, 2022

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 1<br>260<br>5600 | Amy Johnston<br>901 W. Argyle St, 5K<br>Chicago, IL 60640 | Priority | <br><br>Objection to Claim 1-1 filed; claim disallowed (Court Doc. 256, 268). | $0.00 | $2,470.00 | $0.00 |
| 2<br>260<br>5600 | China Alicia Marie Ufkes<br>317 North Johnson St.<br>Macomb, IL 61455 | Priority | <br><br>Objection to Claim 2-1 filed; claim disallowed (Court Doc. 257, 269). | $0.00 | $575.00 | $0.00 |
| 3<br>260<br>5600 | Lance Robinette<br>532 Belmont Drive<br>Romeoville, IL 60446 | Priority | <br><br>Objection to Claim 3-1 filed; claim disallowed (Court Doc. 258, 270). | $0.00 | $800.00 | $0.00 |
| 4<br>260<br>5600 | Marrisha Devereueawax-Coates<br>946 North Ave.<br>Rockford, IL 61103 | Priority | <br><br>Objection to Claim 4-1 filed; claim disallowed (Court Doc. 259, 271). | $0.00 | $1,700.00 | $0.00 |
| 5<br>260<br>5600 | Luke Josey<br>5533 Webster St<br>Downers Grove, IL 60516 | Priority | <br><br>Objection to Claim 5-1 filed; claim disallowed (Court Doc. 260, 272). | $0.00 | $800.00 | $0.00 |
| 6<br>260<br>5600 | Kaelin Lopriore<br>300 N Clay St.<br>Apt D<br>Macomb, IL 61455 | Priority | <br><br>Objection to Claim 6-1 filed; claim disallowed (Court Doc. 261, 273). | $0.00 | $425.00 | $0.00 |
| 23<br>260<br>5600 | Jason R. Katsuleas<br>2665 McDuffee Circle<br>North Aurora, IL 60542 | Priority | <br><br>Objection to Claim 23-1 filed; claim disallowed (Court Doc. 264, 276). | $0.00 | $1,170.00 | $0.00 |
| 24<br>260<br>5600 | Paul Briney<br>35 Porgie Ave.<br>Macomb, Il 61455 | Priority | <br><br>Objection to Claim 24-1 filed; claim disallowed (Court Doc. 265, 277). | $0.00 | $385.00 | $0.00 |
| 29-1<br>260<br>5600 | Taylor R. Gaimari<br>0N304 Peter Road<br>Winfield, IL 60190 | Priority | <br><br>Objection to Claim 29-1 filed; claim disallowed (Court Doc. 267, 279). | $0.00 | $375.00 | $0.00 |

Printed: November 30, 2022

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-80668                                                                         Date: November 30, 2022
Debtor Name: Westen Investments, Inc.
Claims Bar Date: 9/24/2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8-2<br>280<br>5800 | Illinois Department of Employment<br>Security<br>33 S State St., 10th Flr.<br>Bankruptcy<br>Chicago, IL 60603 | Priority | | $0.00 | $100.00 | $100.00 |
| 10<br>280<br>5800 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101 | Priority | | $0.00 | $215.66 | $215.66 |
| 7<br>300<br>7100 | Matthew Griffith<br>611 Denmark St.<br>Burlington, IA 52601 | Unsecured | Objection to Claim 7-1 filed; claim disallowed (Court Doc. 262, 274). | $0.00 | $695.00 | $0.00 |
| 9<br>300<br>7100 | Ashley Anderson<br>8303 47th Street<br>Milan, IL 61264 | Unsecured | Objection to Claim 9-1 filed; claim disallowed (Court Doc. 263, 275). | $0.00 | $620.00 | $0.00 |
| 11-U<br>300<br>7100 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Unsecured | | $0.00 | $1,228,643.27 | $533,076.26 |
| 12-U<br>300<br>7100 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Unsecured | | $0.00 | $170,989.56 | $69,345.74 |
| 13-U<br>300<br>7100 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Unsecured | | $4,820,490.56 | $2,239,716.79 | $976,383.60 |
| 14-U<br>300<br>7100 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Unsecured | | $0.00 | $341,015.60 | $143,519.02 |
| 15-U<br>300<br>7100 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Unsecured | | $0.00 | $188,342.51 | $76,954.17 |

UST Form 101-7-TFR (5/1/2011) *(Page: 19)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-80668                                                                              Date: November 30, 2022
Debtor Name: Westen Investments, Inc.
Claims Bar Date: 9/24/2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16-U 300 7100 | United Community Bank 525 Jersey Quincy, IL 62301 | Unsecured | | $0.00 | $199,898.92 | $82,021.11 |
| 17-U 300 7100 | United Community Bank 525 Jersey Quincy, IL 62301 | Unsecured | | $0.00 | $227,251.81 | $94,014.04 |
| 18-U 300 7100 | United Community Bank 525 Jersey Quincy, IL 62301 | Unsecured | | $0.00 | $199,898.94 | $82,021.12 |
| 19-U 300 7100 | United Community Bank 525 Jersey Quincy, IL 62301 | Unsecured | | $0.00 | $101,420.82 | $44,082.91 |
| 20 300 7100 | AMEREN ILLINOIS Ameren Illinois Credit and Collections 2105 E. State Route 104 Pawnee, IL 62558 | Unsecured | | $0.00 | $3,883.48 | $3,883.48 |
| 21 300 7100 | De Lage Landen 1111 Old Eagle School Rd Wayne, PA 19087 | Unsecured | | $0.00 | $4,339.08 | $4,339.08 |
| 25 300 7100 | Kyle Sanft 540 N. Abert Street Macomb, Il 61455 | Unsecured | Objection to Claim 25-1 filed; claim disallowed (Court Doc. 266, 278). | $0.00 | $800.00 | $0.00 |
| 26-2 300 7100 | New Falls Corporation 100 North Center Street Newton Falls, OH 44444 | Unsecured | Order confirming foreclosure sales conducted on 2/8/22 in Case No. 21-CH-16 McDonough County entered on 2/24/22. Per stipulation of the parties dated 10/29/21 (Court Doc. 242, 251), Claim 26-1 deemed withdrawn. | $0.00 | $1,193,853.63 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 20)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-80668                                                                                                     Date: November 30, 2022

Debtor Name: Westen Investments, Inc.

Claims Bar Date: 9/24/2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 27-2<br>300<br>7100 | New Falls Corporation<br>100 North Center Street<br>Newton Falls, OH 44444 | Unsecured | Order confirming foreclosure sales conducted on 2/8/22 in Case No. 21-CH-16 McDonough County entered on 2/24/22.<br><br>Amended claim 27-2 filed 5/6/22. | $0.00 | $589,720.65 | $589,720.65 |
| 28-U<br>300<br>7100 | William & Patricia Heap<br>Revocable Trust<br>202 N. Lafayette St<br>Macomb, IL 61455 | Unsecured | Agreed order entered regarding 516 W. Pierce St. and withdrawing claim 28-1. See Court Doc. 203. | $0.00 | $57,815.74 | $0.00 |
| 22<br>400<br>4110 | Wells Fargo Vendor Financial<br>Services, LLC<br>PO Box 105743<br>Atlanta, GA 30348 | Secured | Claim satisfied in full and not included in proposed distribution. See Court. 95. | $15,396.53 | $14,481.77 | $14,481.77 |
| 27-S<br>400<br>4110 | New Falls Corporation<br>100 North Center Street<br>Newton Falls, OH 44444 | Secured | Order confirming foreclosure sales conducted on 2/8/22 in Case No. 21-CH-16 McDonough County entered on 2/24/22.<br><br>Per stipulation of the parties dated 10/29/21 (Court Doc. 242, 251), Claim 26-1 and Claim 27-1 deemed withdrawn. | $3,221,976.16 | $1,186,850.00 | $32,923.51 |
| 28-S<br>400<br>4110 | William & Patricia Heap<br>Revocable Trust<br>202 N. Lafayette St<br>Macomb, IL 61455 | Secured | Agreed order entered regarding 516 W. Pierce St. and withdrawing claim 28-1. See Court Doc. 203. | $157,815.74 | $100,000.00 | $0.00 |
| 11<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $0.00 | $1,228,643.27 | $5,625.00 |
| 12<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $0.00 | $170,989.56 | $5,625.00 |
| 13<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $4,820,490.56 | $2,239,716.79 | $5,625.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 19-80668                                                                                              Date: November 30, 2022

Debtor Name: Westen Investments, Inc.

Claims Bar Date: 9/24/2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | <br><br>See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $0.00 | $341,015.60 | $5,625.00 |
| 15<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | <br><br>See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $0.00 | $188,342.51 | $5,625.00 |
| 16<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | <br><br>See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $0.00 | $199,898.92 | $5,625.00 |
| 17<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | <br><br>See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $0.00 | $227,251.81 | $5,625.00 |
| 18<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | <br><br>See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $0.00 | $199,898.94 | $5,625.00 |
| 19<br>400<br>4220 | United Community Bank<br>525 Jersey<br>Quincy, IL 62301 | Secured | <br><br>See Order Sustaining Objection to Claims 11-1 to 19-1 of United Community Bank, Court Doc. 250, 254. | $0.00 | $101,420.82 | $385.26 |
| | Case Totals | | | $13,036,169.55 | $12,956,431.45 | $2,792,467.38 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 22)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 19-80668
Case Name: Westen Investments, Inc.
Trustee Name: Jeana K. Reinbold, Trustee

Balance on hand                                  $         162,467.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 11 | United Community Bank | $ 1,228,643.27 | $ 5,625.00 | $ 5,625.00 | $ 0.00 |
| 12 | United Community Bank | $ 170,989.56 | $ 5,625.00 | $ 5,625.00 | $ 0.00 |
| 13 | United Community Bank | $ 2,239,716.79 | $ 5,625.00 | $ 5,625.00 | $ 0.00 |
| 14 | United Community Bank | $ 341,015.60 | $ 5,625.00 | $ 5,625.00 | $ 0.00 |
| 15 | United Community Bank | $ 188,342.51 | $ 5,625.00 | $ 5,625.00 | $ 0.00 |
| 16 | United Community Bank | $ 199,898.92 | $ 5,625.00 | $ 5,625.00 | $ 0.00 |
| 17 | United Community Bank | $ 227,251.81 | $ 5,625.00 | $ 5,625.00 | $ 0.00 |
| 18 | United Community Bank | $ 199,898.94 | $ 5,625.00 | $ 5,625.00 | $ 0.00 |
| 19 | United Community Bank | $ 101,420.82 | $ 385.26 | $ 385.26 | $ 0.00 |
| 22 | Wells Fargo Vendor Financial Services, LLC | $ 14,481.77 | $ 14,481.77 | $ 14,481.77 | $ 0.00 |
| 27-S | New Falls Corporation | $ 1,186,850.00 | $ 32,923.51 | $ 32,923.51 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 162,467.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jeana K. Reinbold | $ 53,736.11 | $ 0.00 | $ 53,736.11 |
| Trustee Expenses: Jeana K. Reinbold | $ 720.25 | $ 0.00 | $ 720.25 |

Total to be paid for chapter 7 administrative expenses $ 54,456.36

Remaining Balance $ 108,011.07

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $315.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8-2 | Illinois Department of Employment Security | $ 100.00 | $ 0.00 | $ 100.00 |
| 10 | Internal Revenue Service | $ 215.66 | $ 0.00 | $ 215.66 |

Total to be paid to priority creditors $ 315.66

Remaining Balance $ 107,695.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,699,361.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11-U | United Community Bank | $   533,076.26 | $   0.00 | $   21,267.95 |
| 12-U | United Community Bank | $   69,345.74 | $   0.00 | $   2,766.66 |
| 13-U | United Community Bank | $   976,383.60 | $   0.00 | $   38,954.41 |
| 14-U | United Community Bank | $   143,519.02 | $   0.00 | $   5,725.93 |
| 15-U | United Community Bank | $   76,954.17 | $   0.00 | $   3,070.21 |
| 16-U | United Community Bank | $   82,021.11 | $   0.00 | $   3,272.37 |
| 17-U | United Community Bank | $   94,014.04 | $   0.00 | $   3,750.84 |
| 18-U | United Community Bank | $   82,021.12 | $   0.00 | $   3,272.37 |
| 19-U | United Community Bank | $   44,082.91 | $   0.00 | $   1,758.76 |
| 20 | AMEREN ILLINOIS | $   3,883.48 | $   0.00 | $   154.94 |
| 21 | De Lage Landen | $   4,339.08 | $   0.00 | $   173.11 |
| 27-2 | New Falls Corporation | $   589,720.65 | $   0.00 | $   23,527.86 |

Total to be paid to timely general unsecured creditors        $_____107,695.41

Remaining Balance        $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:


NONE